FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 6 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Miyana Sa'kira Nubian Bey
18829 north 41st drive,Glendale AZ 85308 UNITED STATE
(602)849-3164
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Miyana Sa'kira Nubian Bey , )
CASE NUMBER WILL BE ASSIGNED ) AT TIME OF FILING
Miyana Sa'kira Nubian Bey
VS.
JARS CANNABIS DISPENSARY, MATTHEW DUBKINSKY, & SARAH STALKER

**CV24-01353-PHX-SMM**

**Jurisdiction**

The Plaintiff files this complaint against JARS CANNABIS DISPENSARY, MATTHEW DUBONSKY, AND SARAH STALKER and alleges as follows.

**Complaint**

This action is due to the following infringes: Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured— They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

- FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
  (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali,
  Bey, El, Dey and Al), Article two (2), Paragraph two (2).

- UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE: Moorish American Credentials: AA 222141- TRUTH A-1
- UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State
- UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People.
- RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D.(MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),
- UNIVERSAL DECLARATION OF HUMAN RIGHTS - UNITED NATIONS -HUMAN RIGHTS [Article Fifteen (15)].
- RIGHTS OF INDIGENOUS PEOPLES - UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

On May 12th, 2024 Jars Employee MATTHEW DUBINSKY (Early 30s Brown Hair Brown Eyes)denied my Allodial National Identification Card due to the fact he had never seen such identification. He then ASKED SARAH STALKER THE COMPLIANCE DIRECTOR; both argued after I expressed their violation of my rights then continued to deny. Even though I have  purchased items before with my Allodial American Identification Card.

## Demand

For denied devices, violating the Constitution Article VI, Discrimination, & Emotional distress the grand total per defendant is as follows:

1. JARS CANNABIS DISPENSARY - $125000.00
2. SARAH STALKER - $300.00
3. MATTHEW DUBINSKY - $100.00

In the full amount within 90 days of receiving this demand letter. Contact must be made to Miyana Sa'kira Nubian Bey at (602)849-3164 or email MiyanaSakira25@gmail.com to discuss how to set payment or questions on the matter.

Dated: 06/06/2024

Miyana Sa'kira Nubian Bey
18829 NORTH 41st Drive, Glendale AZ 853208 United state
(602)849-3164